IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMMIEL CORNISH,

    Plaintiff,                        No. CIV S-10-0230 DAD P

    vs.

OFFICER HARSHBARGER,          ORDER FOR PAYMENT

    Defendants.              OF INMATE FILING FEE

_____/

To: The Warden of the Florence Correctional Center, 1100 Bowling Road, Florence, AZ 85132:

        Plaintiff, a former inmate at the Sacramento County Jail and currently incarcerated at the Florence Correctional Center, is proceeding pro se and in forma pauperis. He is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Florence Correctional Center is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Florence Correctional Center or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

1

1 month's income credited to the prisoner's trust account and shall forward those payments to the
2 Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28
3 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the
4 Court.  The payments shall be clearly identified by the name and number assigned to this action.
5         2. The Clerk of the Court is directed to serve a copy of this order and a copy of
6 plaintiff's signed in forma pauperis affidavit on the Warden of the Florence Correctional Center,
7 1100 Bowling Road, Florence, AZ 85132.
8         3. The Clerk of the Court is directed to serve a copy of this order on the Financial
9 Department of the court.
10 DATED: April 29, 2011.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
corn0230.cdc

2