1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AMMIEL CORNISH,

11          Plaintiff,                    No. CIV S-10-0230 DAD P

12        vs.

13   OFFICER HARSHBARGER,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff, a former state prisoner proceeding pro se with a civil rights action, has

17   requested appointment of counsel.

18          The United States Supreme Court has ruled that district courts lack authority to

19   require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist.

20   Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the

21   voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

22   1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In

23   the present case, the court does not find the required exceptional circumstances.  Plaintiff's

24   request for the appointment of counsel will therefore be denied.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's May 20, 2011 motion for

2    appointment of counsel (Doc. No. 11) is denied.

3    DATED: May 25, 2011.

4

5    _____

     DALE A. DROZD

6    UNITED STATES MAGISTRATE JUDGE

7

8    DAD:mp
     corn0230.31

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26